Appeals for the Ninth Circuit denied. *Mr. Overton G. Ellis* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Parmenter* for the United States.

---

No. 309. WILLIAM L. LITZRODT *v.* THOMAS W. MILLER, ALIEN PROPERTY CUSTODIAN, AND FRANK WHITE, TREASURER OF THE UNITED STATES. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur G. Hays* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Farnum* and *Mr. Dean H. Stanley* for respondents.

---

No. 310. CHESTER LA MARE *v.* UNITED STATES. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John E. Kinnane* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. John J. Byrne* for the United States.

---

No. 311. INTERNATIONAL-GREAT NORTHERN RAILROAD COMPANY ET AL. *v.* MRS. JESSIE B. ADKINS, ADMINISTRATRIX AND INDIVIDUALLY, ET AL. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank Andrews* for petitioners. *Messrs. H. C. Carter* and *Perry J. Lewis* for respondents.

---

No. 312. ARKANSAS WHOLESALE GROCERS ASSOCIATION, REYNOLDS-DAVIS GROCERY. CO., GRIFFIN GROCERY CO., ET AL., *v.* FEDERAL TRADE COMMISSION. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edgar*